**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **RAEVON HARISTON,** | |
| *Plaintiff* | **CASE NO. 3:23-cv-00935-OAW** |
| **VS.** | |
| **T.C. BROWN COATINGS, LLC** | **NOVEMBER 11, 2025** |
| *Defendant* | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this Action may and shall be dismissed with prejudice and without interest, costs or attorney's fees.

THE PLAINTIFF                                DEFENDANT,
RAEVON HARRISTON                    T.C. BROWN COATINGS, LLC

BY: _/s/ *Michael J. Reilly*___          BY: _/s/ *Ian E. Bjorkman*___
Michael J. Reilly (ct28651)             Ian E. Bjorkman (ct 11648)
CICCHIELLO & CICCHIELLO, LLP        Law Office of Ian E. Bjorkman, LLC
364 Franklin Avenue                       900 Chapel Street, Suite 621
Hartford, CT 06114                          New Haven, CT 06510
Phone: 860-296-3457                       Phone: 203-773-9110
Fax: 860-296-0676                           Fax: 203-516-2364
Email: mreilly@cicchielloesq.com    Email:  ian@ibjorkman.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 11, 2025, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically and served by certified mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system of by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

By: */s/ Michael J. Reilly*
Michael J. Reilly (ct28651)